■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CAIN, Appellant. [6 NYS3d 484]—Judgment, Supreme Court, Bronx County (Michael A. Gross, J.), rendered February 27, 2014, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of 22½ years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Acosta, Richter and Gische, JJ.

■ JANNA BULLOCK, Appellant, v GIANCARLO ALHADEFF, Respondent. [6 NYS3d 484]—Order, Supreme Court, New York County (Eileen Bransten, J.), entered November 21, 2013, which denied plaintiff's motion to dismiss the breach of contract counterclaims for lack of standing, unanimously affirmed, without costs.

On this CPLR 3211 motion, the court correctly concluded that, liberally construed, the counterclaims for breach of contract do not demonstrate conclusively that defendant was not a party to the contracts at issue and therefore has no standing to sue on them.

We have considered all other issues raised and find them unavailing. Concur—Friedman, J.P., Acosta, Richter and Gische, JJ.